## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Trustees of the Minneapolis Culinary  
Beverage and Miscellaneous Employers–  
Employees Trust Fund,

        Plaintiff,

vs.

Market Bar-B-Que Corporation, a Minnesota corporation,

        Defendant.

Civil No. 07-1906 (RHK/JSM)

**ORDER FOR DISMISSAL**

---

Based upon the parties' Stipulation (Doc. No. 2), **IT IS ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 11, 2007

        s/Richard H. Kyle  
        RICHARD H. KYLE  
        United States District Judge